# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 16-1325** **September Term, 2016**

**FERC-EL15-45-000**
**FERC-EL15-45-001**
**FERC-EL16-99-000**

**Filed On: October 24, 2016** **[1642451]**

MISO Transmission Owners, et al.,

Petitioners

v.

Federal Energy Regulatory Commission,

Respondent

## O R D E R

Upon consideration of the MISO Transmission Owners' unopposed motion to hold the case in abeyance, it is

**ORDERED** that the motion be granted, and this case be held in abeyance pending further order of the court.

Petitioners are directed to file status reports at 90-day intervals beginning January 23, 2017.

The parties are directed to file motions to govern further proceedings in this case within 30 days of the completion of the agency proceedings.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Rebecca L. Thompson
Deputy Clerk